1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN EDWARD BRIGGS, JR., individually and doing business as BRIGGS ELECTRIC,<br><br>　　　　　Defendants. | CASE NO.: C07 03309 HRL<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS, in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The case has been settled. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other time period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: September 18, 2007

_____
SUE CAMPBELL
Attorney for Plaintiffs

1

REQUEST FOR DISMISSAL

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

    JOHN EDWARD BRIGGS, JR., individually doing business
    as BRIGGS ELECTRIC
    114 Rugosa Drive
    Folsom, CA 95630

which envelope was then sealed and, with postage fully prepaid thereon, was on September 18, 2007, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2007, at San Jose, California.

*Leanne Perricone*
LEANNE PERRICONE