United States District Court
For the Northern District of California

*E-filed 9/18/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN EDWARD BRIGGS, JR., individually and dba BRIGGS ELECTRIC,<br><br>Defendants.<br>_____/ | Case No. C07-03309 HRL<br><br>**CLERK'S NOTICE RE: PLAINTIFFS' MOTION TO DISMISS**<br><br>Re: Docket No. 3 |

PLEASE TAKE NOTICE THAT the court treats Plaintiffs' Motion to Dismiss [Docket No. 3] as a Federal Rule of Civil Procedure 41(a)(1) Voluntary Dismissal. Accordingly, the motion is terminated and the action is voluntarily dismissed without prejudice.

Dated:   9/18/07                          /s/ KRO
                                          Chambers of Magistrate Judge Howard R. Lloyd

ELECTRONIC NOTICE OF THIS WILL BE SENT TO:

Sue Campbell suecampbell@att.net, cdel@att.net, lawoffice@att.net, marysuecampbell@sbcglobal.net, sue@campbelltrustlaw.com

Dated: 9/18/07

/s/  KRO
Chambers of Magistrate Judge Howard R. Lloyd

2